

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

ROSA RAMIREZ,                                    §              No. 08-18-00138-CV

          Appellant,                             §              Appeal from the

v.                                               §              383rd District Court

RAFAEL CARREON,                                  §              of El Paso County, Texas

          Appellee.                              §              (TC# 2010AG5715)

                                                 §

## O R D E R

On August 14, 2018, this Court issued an order for mediation referral. The order required the parties to hold mediation within sixty (60) days from the date of the order. As of this date, no motion to reestablish the appellate timetable or motion to extend the time to mediate has been filed.

Therefore, the Court, on its own motion, ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall be filed in this Court on or before November 23, 2018.

IT IS SO ORDERED this 24th day of October, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.